# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Agrium Inc. and Agrium U.S. Inc., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Soo Line Railroad, d/b/a Canadian Pacific Railway Company, | ) ) | |
| | ) | Case No. 1:13-cv-118 |
| Defendant. | ) | |

Before the court is the motion for attorney Paul M. Donovan to appear *pro hac vice* on behalf of the Chlorine Institute, Inc., an entity seeking to intervene pursuant Fed. R. Civ. P.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paul M. Donovan has agreed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the motion (Docket No. 22) is **GRANTED**.  Attorney Paul M. Donovan is admitted to practice before this court in the above-entitled action on behalf of the Chlorine Institute, Inc.

**IT IS SO ORDERED.**

Dated this 30th day of  December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge